**Osawaru Amen AIDEYAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–70708.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2010.*

Filed May 14, 2010.

Brian D. Lerner, Esq., Law Offices of Brian D. Lerner, Long Beach, CA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, Ila C. Deiss, Esq., Office of the U.S. Attorney, San Francisco, CA, for Respondent.

Before: HUG, RYMER and McKEOWN, Circuit Judges.

MEMORANDUM **

Osawaru Amen Aideyan, a native and citizen of Nigeria, petitions this court for review of the decision of the Board of Immigration Appeals ("BIA") denying his motion to reopen *sua sponte* its March 5, 2002 decision, which dismissed Aideyan's appeal from the Immigration Judge's November 12, 1999 decision. We are without jurisdiction to review the BIA's denial of a motion to reopen *sua sponte* under 8 C.F.R. § 3.2(a). *Ekimian v. INS*, 303 F.3d 1153, 1159 (9th Cir.2002); *see also Minasyan v. Mukasey*, 553 F.3d 1224, 1229 (9th Cir.2009) ("This court does not have jurisdiction to review an alien's claim that the BIA should have exercised its *sua sponte* power' to reopen or reconsider a prior order.") (internal quotation marks and alterations omitted).

**PETITION DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.